Regina Hartman, Respondent, v. William W. Carman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Charles S. Thomas and Others, Respondents, v. John Thomson and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present—Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

New York City Car Advertising Company, Respondent, v. Morris Park Estates, Appellant.— Judgment and order affirmed, with costs. No opinion. Present—Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Eastern Advertising Company, Respondent, v. Morris Park Estates, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Helen Klein, Appellant, v. Prudential Insurance Company of America, Respondent.— Judgment affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Frances Mary Cavanaugh, Individually, and as Administratrix, etc., Respondent, v. Josephine A. Murphy, Formerly Josephine A. Cavanaugh, Individually, and as Executrix, etc., and Others, Defendants, Impleaded with Revenue Realty Company and Another, Appellants.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Bank of the Metropolis, Respondent, v. George McLeish, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Hajek Brothers & Company, Respondent, v. Theodore Starrett Company, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. William A. Smith, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Hellene Dosztal, as Administratrix, etc., Respondent, v. H. G. Kotten Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Dowling and Hotchkiss, JJ., dissented and voted for reversal and dismissal of complaint on the ground that there was no proof of the defendant's negligence or of the absence of contributory negligence on the part of the plaintiff [intestate].

Robert Lee Fisher, Appellant, v. Florence E. Fisher, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.